Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa   ▾

Central Division

|  |  |
|---|---|
| Mx. A. Beth Buehrer,<br>aka Mx. Amelia Miller<br>National Public Corruption Whistleblower<br><hr>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>**-v-**<br><br>Per Mar Security Services & Investigations<br>Mike Lovell, Ken Snook, Ann Essy<br>Emilie Wilson<br><hr>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.  *4-21-CV-181*

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☑ No

RECEIVED
21 JUN 16 AM 10: 58
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mx. A. Beth Buehrer, Fmr Mobile (Night) Officer Licenced ST IA |
| Street Address | 8415 Mills Civic Pkwy |
| City and County | West Des Moines, Dallas County |
| State and Zip Code | Iowa 50266 |
| Telephone Number | Unlisted Telephone Number |
| E-mail Address | amyasmarilyn@aol.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Mr. Mike Lovell Per Mar Security & Investigations |
| Job or Title *(if known)* | Mobile Supervisor(Night) Licensed by State of IA,Operations(Day) |
| Street Address | 3001 99th Street |
| City and County | Urbandale, Polk County |
| State and Zip Code | Iowa 50322 |
| Telephone Number | (515) 244-5660 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 2

| | |
|---|---|
| Name | Mr. Ken Snook Per Mar Security & Investigations Co-conspirator |
| Job or Title *(if known)* | Security Coordinator (Day) Office Staff |
| Street Address | 3001 99th Street |
| City and County | Urbandale, Polk County |
| State and Zip Code | Iowa 50322 |
| Telephone Number | (515) 244-5660 |
| E-mail Address *(if known)* | ksnook@permarsecurity.com |

Defendant No. 3

| | |
|---|---|
| Name | Ms. Ann Essy Per Mar Security & Investigations Co-conspirator |
| Job or Title *(if known)* | Special Events (Day) Working Remote |
| Street Address | 3001 99th Street |
| City and County | Urbandale, Polk County |
| State and Zip Code | Iowa 50322 |
| Telephone Number | (515) 244-5660 |
| E-mail Address *(if known)* | AEssy@permarsecurity.com |

Defendant No. 4

| | |
|---|---|
| Name | Ms.Emilie Williamson Per Mar Security & Inves  Co-Conspirator |
| Job or Title *(if known)* | Human Resources Generalist (Day) |
| Street Address | 3001 99th Street |
| City and County | Urbandale, Polk County |
| State and Zip Code | Iowa 50322 |
| Telephone Number | (515) 244-5660 |
| E-mail Address *(if known)* | ewilliamson@permarsecurity.com |

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Per Mar Security Services & Investigations |
| Street Address | 3001 99th Street |
| City and County | Urbandale, Polk County |
| State and Zip Code | Iowa 50322 |
| Telephone Number | (515) 244-5660 |

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:

Aggravated Assault with Deadly Weapon

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

**III.    Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☐    Unequal terms and conditions of my employment.

☑    Retaliation.

☑    Other acts *(specify)*:    Sexual Harassment while armed with pistol took place 2019

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

Retaliation started around and on 9/3/2020 and Agg Assault with a Deadly Weapon on or about 9/8/2020

C.    I believe that defendant(s) *(check one)*:

☑    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race    _____

☐    color    _____

☑    gender/sex    Female Target needed for Sex Act

☐    religion    _____

☐    national origin    _____

☐    age *(year of birth)*    _____    *(only when asserting a claim of age discrimination.)*

☑    disability or perceived disability *(specify disability)*

Female Weaker Physically,Target for Sex by Superior

E.    The facts of my case are as follows.  Attach additional pages if needed.

Plaintiff: Unarmed Security Officer, and I have never been written up at work.
Defendant #1: Armed with a pistol Security Officer & Supervisor to Plaintiff
Sexually Harassed By Defendent #1 while he was armed with a pistol in 2019.
Aggravated Assault with a Deadly Weapon by Defendant #1 on or about 9/8/2020
Retailiated by Defendant #1 is still committing these acts against me by lying to ICRC
Retailiated by Defendant #2 is still committing these acts against me by lying to ICRC
Retailiated by Defendant #3 is still committing these acts against me by by not wanting to be involved.
Retailiated by Defendant #4 by not providing me with documents for proof I requested instead sent me
something I didn't ask for.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
EEOC (INQUIRY) NUMBER: 443-2021-00017 October 5, 2020 Hearing 12/11/ 2020 Ball got dropped.
Iowa Civil Rights Commission Complaint Form I completed on-line  Tuesday, March 9, 2021  Case
Number: 03-21-76321, Attorney for Defendant refused a peaceful Mediation to extend this case.

B.      The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☐      issued a Notice of Right to Sue letter, which I received on *(date)*                    .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☐      less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking $3,777,333.20 Plus court costs.  I am receiving death threats. A death threat is a threat often made anonymously, by one person or a group of people to kill another person or groups of people. These threats are often designed to intimidate victims in order to manipulate their behavior, thus a death threat can be a form of coercion. Since I found out Defendants involved at Per Mar Security has lied to ICRC, whether the involvement was big or small I fear for my life bringing the truth to court. The people involved have family members and friends that I will never know about. Per Mar  has 25 branches across Illinois, Indiana, Iowa, Nebraska, Minnesota and Wisconsin. Over 2,600 people plus Law Enforcement. I will not be able to work a 8 to 5 job that let's anyone monitor my routine either by human or types electric survellience.  Routines & patterns make me an easy target. My life has completely changed from one reason or another. I will need to move & hire my own Security.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:         06/14/2021

Signature of Plaintiff

Printed Name of Plaintiff        Mx. A. Beth Buehrer

### B.    For Attorneys

Date of signing:

Signature of Attorney        N/A

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address